O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA, ex rel. CALIFORNIA DEPARTMENT OF FISH AND GAME and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, CENTRAL COAST REGION,<br><br>    Plaintiff,<br><br>    v.<br><br>HVI CAT CANYON, INC., f/k/a GREKA OIL & GAS, INC.,<br><br>    Defendants. | Case No. CV 11-05097 DDP (RZx)<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND MOTION FOR INTERLOCUTORY APPEAL**<br><br><br>[Dkt. Nos. 29, 30] |

Defendant moves for reconsideration in part of this court's order denying Defendant's motion to dismiss the United States' First Cause of Action for Violations of Section 311 of the Clean

Water Act.[1] (Dkt. No. 26.) Defendant contends that the court failed to consider a material fact in its denial of Defendant's Motion to Dismiss. <u>See</u> C.D. Cal. L.R. Specifically, Defendant argues that the court should have dismissed the First Cause of Action because some of the numerous oil spills referenced in the First Cause of Action impacted creek beds that were dry at the time of discharge. (Motion for Reconsideration at 1-2, 4.) For purposes of Section 311 of the Clean Water Act, however, harmful quantities of oil include discharges that "[c]ause a film or sheen upon or discoloration of the surface of the water <u>or adjoining shorelines</u> or cause a sludge or emulsion to be deposited beneath the surface or the water <u>or upon adjoining shorelines</u>. 40 C.F.R. § 110.3(b) (emphasis added). Defendant's Motion for Reconsideration is, therefore, DENIED.[2]

Defendant's request for certification of the "navigable waters" issue for immediate appeal is also DENIED. Even if Defendant were to succeed on appeal, several other causes of action, both federal and state, and concerning the same oil spills, would remain. Thus, an immediate appeal would not

---

[1] Though Defendant initially moved to dismiss six causes of action alleged in the Complaint, the instant motion seeks reconsideration only with respect to the First Cause of Action.

[2] The Motion for Reconsideration appears to misstate the court's summary of the facts alleged in the complaint. Nevertheless, an amended Order Denying Defendant's Motion to Dismiss, clarifying the court's background summary, shall issue.

materially advance the termination of this litigation.  28 U.S.C. § 1292(b).

IT IS SO ORDERED.

Dated: January 16, 2013

                                DEAN D. PREGERSON
                                United States District Judge