O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA, ex rel. CALIFORNIA DEPARTMENT OF FISH AND GAME and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, CENTRAL COAST REGION, | ) ) ) ) ) ) ) ) ) | Case No. CV 11-05097 DDP (RZx) **ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND MOTION FOR INTERLOCUTORY APPEAL** |
| Plaintiff, | ) ) | |
| v. | ) ) | [Dkt. Nos. 29, 30] |
| HVI CAT CANYON, INC., f/k/a GREKA OIL & GAS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Defendant moves for reconsideration in part of this court's

order denying Defendant's motion to dismiss the United States'

First Cause of Action for Violations of Section 311 of the Clean

Water Act.[1]  (Dkt. No. 26.)  Defendant contends that the court

failed to consider a material fact in its denial of Defendant's

Motion to Dismiss.  See C.D. Cal. L.R.  Specifically, Defendant

argues that the court should have dismissed the First Cause of

Action because some of the numerous oil spills referenced in the

First Cause of Action impacted creek beds that were dry at the

time of discharge.  (Motion for Reconsideration at 1-2, 4.)  For

purposes of Section 311 of the Clean Water Act, however, harmful

quantities of oil include discharges that "[c]ause a film or

sheen upon or discoloration of the surface of the water or

adjoining shorelines or cause a sludge or emulsion to be

deposited beneath the surface or the water or upon adjoining

shorelines.  40 C.F.R. § 110.3(b) (emphasis added).  Defendant's

Motion for Reconsideration is, therefore, DENIED.[2]

Defendant's request for certification of the "navigable

waters" issue for immediate appeal is also DENIED.  Even if

Defendant were to succeed on appeal, several other causes of

action, both federal and state, and concerning the same oil

spills, would remain.  Thus, an immediate appeal would not

---

[1] Though Defendant initially moved to dismiss six causes of
action alleged in the Complaint, the instant motion seeks
reconsideration only with respect to the First Cause of Action.

[2]  The Motion for Reconsideration appears to misstate the
court's summary of the facts alleged in the complaint.
Nevertheless, an amended Order Denying Defendant's Motion to
Dismiss, clarifying the court's background summary, shall issue.

materially advance the termination of this litigation.   28 U.S.C.

§ 1292(b).

IT IS SO ORDERED.

Dated: January 16, 2013

DEAN D. PREGERSON
United States District Judge

3