JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, CENTRAL COAST REGION,<br><br>Plaintiffs,<br><br>v.<br><br>HVI CAT CANYON, INC., f/k/a GREKA OIL & GAS, INC.,<br><br>Defendant. | Case No.: 2:11-cv-05097-FMO-SS<br><br>**FINAL JUDGMENT** |

The Court, having on February 25, 2023, found Defendant HVI Cat Canyon, Inc. ("Defendant") liable to the United States and the State of California for civil penalties and response costs (ECF No. 548), directs the Clerk of Court, pursuant to Federal Rules of Civil Procedure 54 and 58, to enter final judgment against Defendant, as set forth below.

1. Defendant shall pay to the United States:

    a. $55,000,000.00 in civil penalties under Section 311 of the Clean Water Act, 33 U.S.C. § 1321, and 40 C.F.R. §§ 112.3–112.9 and 112.20, plus post-judgment interest under 28 U.S.C. § 1961;

1

      b.    $2,486,881.77 in removal costs under Section 1002(a) of the Oil Pollution Act, 33 U.S.C. § 2701(a), plus post-judgment interest under 28 U.S.C. § 1961; and

      c.    Costs under Federal Rule of Civil Procedure 54(d).

2.    Defendant shall pay to the State of California:

      a.    $7,779,811.00 in civil penalties under California Water Code § 13350, California Fish and Game Code §§ 5650, 5650.1, and 12016, plus post-judgment interest under 28 U.S.C. § 1961;

      b.    $123,163.60 in response costs under California Fish and Game Code § 13013, plus post-judgment interest under 28 U.S.C. § 1961; and

      c.    Costs under Federal Rule of Civil Procedure 54(d).

IT IS SO ORDERED, this 2nd day of March, 2023.

_____
Fernando M. Olguin
United States District Judge